Prob 35
(Rev.3/97)

Report and Order Terminating Supervision
Prior to Original Expiration Date

# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

United States of America,

　　　　　　　　　　　Plaintiff,

v.

Lava Marie Haugen

　　　　　　　　　　　Defendant.

Docket No. 0864 0:12CR00305-002(DSD)

On February 8, 2019 the above defendant was placed on supervision for a period of 36 months. This defendant has complied with the rules and regulations of supervision and is no longer in need of supervision. It is accordingly recommended that this defendant be discharged from supervision.

### ORDER OF THE COURT

Pursuant to the above report, it is ordered that the defendant be discharged from supervision and that the proceedings in the case be terminated.

Dated this   2nd   Day of   September   , 2021     s/David S. Doty
　　　　　　　　　　　　　　　　　　　　　　　　　　　　Honorable David S. Doty
　　　　　　　　　　　　　　　　　　　　　　　　　　　　Senior U.S. District Judge